IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00964-BNB

SONNY LEE,

      Applicant,

v.

STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED APPLICATION

---

      Applicant, Sonny Lee, initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Lee is challenging the validity of his conviction in Mesa County District Court case number 01CR422. On May 6, 2011, the court entered an order directing Mr. Lee to file an amended application that clarifies the claims he is asserting in this action. On July 8, 2011, Mr. Lee filed an "Amended Habeas Corpus Application" that clarifies the claims he is asserting. However, the amended application is deficient because Mr. Lee failed to use the proper habeas corpus application form as required by the court's local rules. *See* D.C.COLO.LCivR 8.2A. Therefore, Mr. Lee will be ordered to file a second amended application on the proper form if he wishes to pursue his claims in this action.

      Mr. Lee is reminded that 28 U.S.C. § 2254 provides a remedy only for violations of the "Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Pursuant to Rules 2(c)(1) and 2(c)(2) of the Rules Governing Section 2254 Cases in the

United States District Courts, Mr. Lee must "specify all [available] grounds for relief" and he must "state the facts supporting each ground." Furthermore, these habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. *See Mayle v. Felix*, 545 U.S. 644, 655 (2005). Naked allegations of constitutional violations are not cognizable under § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Lee file a second amended application on the proper habeas corpus application form **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Lee, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Lee fails to file a second amended application on the proper form within the time allowed, the action will be dismissed without further notice.

DATED July 11, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00964-BNB

Sonny Lee
Prisoner No. 110688
Arkansas Valley Correctional Facility
PO Box 1000
Crowley, CO 81034

  I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 form** to the above-named individuals on July 11, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk